1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000
5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  CASE NO. 1:12-cr-00321 BAM
                                     )
11                  Plaintiff,       )
                                     )
12  v.                               )  MOTION AND ORDER FOR DISMISSAL
                                     )
13  LAUREL A. LAKEN,                 )
                                     )
14                  Defendant.       )
                                     )
15  _____     )

16

17       The United States of America, by and through Benjamin B. Wagner,

18  United States Attorney, and Megan A. S. Richards, Special Assistant

19  United States Attorney, hereby moves to dismiss the Information filed

20  on September 20, 2012, against Laurel A. Laken, in the interest of

21  justice, pursuant to Rule 48(a) of the Federal Rules of Criminal

22  Procedure.

23

24  Dated: October 16, 2012          BENJAMIN B. WAGNER
                                     United States Attorney
25

26
                             By :  /s/ Megan A. S. Richards
27                                 MEGAN A. S. RICHARDS
                                   Special Assistant U.S. Attorney
28

                    1              MOTION AND ORDER FOR DISMISSAL
                                                U.S. v. LAKEN
                                        Case #1:12-cr-00321 BAM

1

O R D E R

2      IT IS HEREBY ORDERED that the Information filed on September 20,

3   2012, against Laurel A. Laken, be dismissed in the interest of

4   justice.

5

6

7

8   IT IS SO ORDERED.

9   **Dated:    October 16, 2012                          /s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION AND ORDER FOR DISMISSAL
                                                                    U.S. v. LAKEN
                                                          Case #1:12-cr-00321 BAM